■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE RIVERA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 6, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Fein, Markewich, Lupiano and Bloom, JJ.

■ JEWISH MEMORIAL HOSPITAL et al., Appellants, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on May 22, 1980, unanimously affirmed, without costs and without disbursements. (See Jewish Mem. Hosp. v Whalen, 47 NY2d 331.) No opinion. Concur—Birns, J. P., Sullivan, Markewich, Silverman and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINWOOD WILLIAMS, Appellant.—Judgment, Supreme Court, New York County, rendered on November 1, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Sullivan, Markewich, Silverman and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VELASQUEZ RESTREPO, Appellant.—Judgment, Supreme Court, New York County, rendered on June 22, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Sullivan, Markewich, Silverman and Yesawich, JJ.

■ In the Matter of the SOCIETY OF NEW YORK HOSPITAL, as Attorney in Fact for JAMES RODGERS, Petitioner, v BLANCHE BERNSTEIN, as Commissioner of the New York City Department of Social Services, et al., Respondents.—Motion granted to the extent of amending the order of this court, entered on January 31, 1980 and the memorandum decision filed therewith [73 AD2d 906], by deleting the period at the end of said order and at the end of the first paragraph of said memorandum decision, and adding the following: "to respondent New York City Department of Social Services for a determination of eligibility." Concur—Murphy, P. J., Birns, Fein, Ross and Lupiano, JJ.